# Exhibit
# 3



Jonah A. Grossbardt
*Attorney*

Direct: 323.364.6565
jonah.grossbardt@sriplaw.com

December 8, 2020

**VIA EMAIL:  hello@vestahome.com**
Showroom Interiors LLC dba Vesta
4900 E 50th Street
Vernon, CA 90058

Re:   **Affordable Aerial Photography, Inc. v. Showroom Interiors LLC dba Vesta**
       **Our File No.:  00022-0103**

Dear Sir or Madam,

**We are a law firm making a claim on behalf of our client.  We know that this is
reaching you during a difficult and trying time and that you may have more pressing
concerns. We appreciate that responding to this letter may not be your first
priority.  However, we must receive a response from you so that we know that you are
taking this matter seriously, even if you need more time to hire a lawyer or report this
claim to your insurance carrier.  If we hear from you then we can work with you to
understand your position and resolve our client's claim. Please respond to us.**

We write on behalf of our client Affordable Aerial Photography, Inc., a photograph
licensing agent, for purposes of resolving a case of copyright infringement against you
by our client.  This demand is privileged from disclosure pursuant to FRE Rule 408.

Please provide this letter to your general liability insurance carriers or other providers of
insurance that may cover this claim.

*Affordable Aerial Photography, Inc. ("AAP")*
Robert Stevens, owner of Affordable Aerial Photography, Inc., is a high-end real estate
photographer who makes his living photographing million dollar homes for real estate
agents. Stevens is an employee of his company, AAP, which provides photo shoots to a
client's specifications. Stevens is self-taught, but his photographs rival those taken by
photographers who charge thousands more.  AAP licenses its photos to agents pursuant
to a written license. The license is granted only to the agent for whom the photos were
taken.

AAP retains all copyrights to its photographs.  AAP licenses its copyrighted Works, such

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Showroom Interiors LLC dba Vesta
December 8, 2020
Page 2

as the ones in this case, for commercial use.

AAP created the images, hereinafter referred to as the "Works."

The Works at issue are shown below.



**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Showroom Interiors LLC dba Vesta
December 8, 2020
Page 3





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Showroom Interiors LLC dba Vesta
December 8, 2020
Page 4





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Showroom Interiors LLC dba Vesta
December 8, 2020
Page 5





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Showroom Interiors LLC dba Vesta
December 8, 2020
Page 6





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Showroom Interiors LLC dba Vesta
December 8, 2020
Page 7





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Showroom Interiors LLC dba Vesta
December 8, 2020
Page 8





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Showroom Interiors LLC dba Vesta
December 8, 2020
Page 9





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Showroom Interiors LLC dba Vesta
December 8, 2020
Page 10





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Showroom Interiors LLC dba Vesta
December 8, 2020
Page 11





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Showroom Interiors LLC dba Vesta
December 8, 2020
Page 12





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Showroom Interiors LLC dba Vesta
December 8, 2020
Page 13





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Showroom Interiors LLC dba Vesta
December 8, 2020
Page 14





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Showroom Interiors LLC dba Vesta
December 8, 2020
Page 15





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Showroom Interiors LLC dba Vesta
December 8, 2020
Page 16





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Showroom Interiors LLC dba Vesta
December 8, 2020
Page 17



AAP registered the Works with the Register of Copyrights on September 29, 2020 and was assigned the registration numbers VA 2-222-311, copies of which are enclosed.

*Infringement by Showroom Interiors LLC dba Vesta ("Vesta")*
We have enclosed contemporaneous evidence of the infringement by Vesta.   You have employed our client's Works in at least the manner indicated in the evidence attached. You are fully aware that the Works you used are our client's Works.  No one from your company ever sought a license from our client to use the Works for any purpose.

You have copied, displayed and distributed our client's Works without permission, license or consent.  The use of a creator's photographic image without written consent or license violates the United States Code, Title 17, and The Copyright Act.  The Copyright Act provides for entry of an injunction directing removal of the offending materials pending litigation.  This letter shall serve as formal notice that you immediately cease and desist all unauthorized uses of our client's Works.  Any such further uses shall be at your peril.

If you possess a contract, license, agreement or writing on which you will rely for authorization of your use of our client's Works, please provide us with this evidence so we may avoid further controversy or litigation.  Otherwise, we will be forced to assume

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Showroom Interiors LLC dba Vesta
December 8, 2020
Page 18

that your use violated the law.

*Damages*

Copyright law provides several different elements of compensation to AAP when a work is infringed or altered.  Section 504 permits AAP to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages," or statutory damages of up to $150,000 per work infringed if the registration predated the infringement. AAP can present both damages theories to the jury and select the higher award any time prior to entry of judgment.

Academic studies have demonstrated that the use of good quality photographs more effectively market and advertise products and drive sales.  AAP's photographs are of the highest quality.  AAP's photographs are also scarce since it is one of the only sources of such quality photographs.

AAP's damages are not limited to what it would have agreed to license the Works for prior to the infringement.  Rather, AAP's actual damages will be measured by the fair market value of the photograph considering Vesta's use to sell and promote its business. AAP's actual damages must be measured in light of Vesta's use of AAP's high quality and unique Works.

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement.  See, e.g., *Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001).  The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs.  See *Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016).  In addition, AAP can offer evidence of the actual cost to take the photograph infringed on a time and materials basis.

Section 504 of the Copyright Act permits AAP to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Therefore, AAP will also be entitled to Vesta's profits from the infringement, based upon the revenue Vesta earned in connection with the use of AAP's Works.

Alternatively, AAP could seek statutory damages for infringement in an amount of up to $30,000 per work infringed if the registration predated the infringement.  There is also the possibility that a judge or jury could determine that  Vesta's infringement was willful.  If Vesta's infringement was shown to be willful, the statutory damage award

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 1801 Century Park East Suite 1100 Los Angeles, CA 90067 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd. Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Showroom Interiors LLC dba Vesta
December 8, 2020
Page 19

would increase to an amount up to $150,000 per work infringed.

*Demand*

In order to determine how to proceed, please provide us with information and documents showing:

1.   the full nature and extent of the use of our client's Works, in any and all formats;

2.   representative copies in any and all tangible form and media in which our client's Works were incorporated or employed; and

3.   the source of the Works.

Upon receipt of this information, we will consider and determine an appropriate amount required to be paid to our client in compensation.

Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers.  If we do not receive a response from you or a representative by December 22, 2020, we will take further steps to protect our client's rights.  We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Jonah A. Grossbardt

JAG/tsu

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 1801 Century Park East Suite 1100 Los Angeles, CA 90067 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd. Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-222-311

**Effective Date of Registration:**
September 29, 2020
**Registration Decision Date:**
November 09, 2020

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   April 22, 2020 to September 18, 2020

## Title _____

|  |  |
|---|---|
| **Title of Group:** | Selected 2020 Photos MMXX CVEDIT |
| **Number of Photographs in Group:** | 380 |

- **Individual Photographs:** The Rustic Hills Estates Sign AAP 2020,5000 North Ocean aerial f AAP 2020,5000 North Ocean aerial e AAP 2020,5000 North Ocean aerial b AAP 2020,5000 North Ocean aerial c AAP 2020,5000 North Ocean aerial a AAP 2020,5000 North Ocean aerial g AAP 2020,
  **Published:** April 2020

- **Individual Photographs:** The Rustic Hills Estates Sign AAP 2020,5000 North Ocean aerial f AAP 2020,5000 North Ocean aerial e AAP 2020,5000 North Ocean aerial b AAP 2020,5000 North Ocean aerial c AAP 2020,5000 North Ocean aerial a AAP 2020,5000 North Ocean aerial g AAP 2020,
  **Published:** May 2020

- **Individual Photographs:** 377 Eagle Dr collage AAP 2020,12251 Tillinghast Cir_132,12251 Tillinghast Cir_131,12251 Tillinghast Cir_130,12251 Tillinghast Cir_129,12251 Tillinghast Cir_128,12251 Tillinghast Cir_127,12251 Tillinghast Cir_126,12251 Tillinghast Cir_125,12251 Tillinghast Cir_124,12251 Tillinghast Cir_123,12251 Tillinghast Cir_122,12251 Tillinghast Cir_121,12251 Tillinghast Cir_120,12251 Tillinghast Cir_119,12251 Tillinghast Cir_118,12251 Tillinghast Cir_117,12251 Tillinghast Cir_116,12251 Tillinghast Cir_115,12251 Tillinghast Cir_114,12251 Tillinghast Cir_113,12251 Tillinghast Cir_112,12251 Tillinghast Cir_111,12251 Tillinghast Cir_110,12251 Tillinghast Cir_109,12251 Tillinghast Cir_108,12251 Tillinghast Cir_107,12251 Tillinghast Cir_106,
  **Published:** July 2020

- **Individual Photographs:** 12251 Tillinghast Cir_105,12251 Tillinghast Cir_104,12251 Tillinghast Cir_097,12251 Tillinghast Cir_095,12251 Tillinghast Cir_096,12251 Tillinghast Cir_094,12251 Tillinghast Cir_093,12251 Tillinghast Cir_092,12251 Tillinghast Cir_091,12251 Tillinghast Cir_090,12251 Tillinghast Cir_086,12251 Tillinghast Cir_085,12251 Tillinghast Cir_084,12251 Tillinghast Cir_083,12251 Tillinghast Cir_103,12251 Tillinghast Cir_102,12251 Tillinghast Cir_101,12251 Tillinghast Cir_100,12251 Tillinghast Cir_076,12251 Tillinghast Cir_075,12251

Tillinghast Cir_079,12251 Tillinghast Cir_078,12251 Tillinghast
Cir_077,12251 Tillinghast Cir_089,12251 Tillinghast Cir_088,12251
Tillinghast Cir_087,12251 Tillinghast Cir_099,

**Published:**   July 2020

- **Individual Photographs:**   12251 Tillinghast Cir_098,12251 Tillinghast Cir_080,12251 Tillinghast
Cir_082,12251 Tillinghast Cir_081,12251 Tillinghast Cir_064,12251
Tillinghast Cir_063,12251 Tillinghast Cir_062,12251 Tillinghast
Cir_073,12251 Tillinghast Cir_074,12251 Tillinghast Cir_072,12251
Tillinghast Cir_071,12251 Tillinghast Cir_070,12251 Tillinghast
Cir_069,12251 Tillinghast Cir_048,12251 Tillinghast Cir_047,12251
Tillinghast Cir_046,12251 Tillinghast Cir_045,12251 Tillinghast
Cir_055a,12251 Tillinghast Cir_061,12251 Tillinghast Cir_057,12251
Tillinghast Cir_056,12251 Tillinghast Cir_060,12251 Tillinghast
Cir_059,12251 Tillinghast Cir_058,12251 Tillinghast Cir_054,12251
Tillinghast Cir_055,12251 Tillinghast Cir_053,12251 Tillinghast
Cir_052,12251 Tillinghast Cir_051,12251 Tillinghast Cir_050,12251
Tillinghast Cir_049,12251 Tillinghast Cir_003a,12251 Tillinghast
Cir_041,12251 Tillinghast Cir_040,12251 Tillinghast Cir_038,12251
Tillinghast Cir_068,12251 Tillinghast Cir_037,12251 Tillinghast Cir_067,

**Published:**   July 2020

- **Individual Photographs:**   12251 Tillinghast Cir_036,12251 Tillinghast Cir_035,12251 Tillinghast
Cir_039,12251 Tillinghast Cir_034,12251 Tillinghast Cir_032,12251
Tillinghast Cir_065,12251 Tillinghast Cir_031,12251 Tillinghast
Cir_030,12251 Tillinghast Cir_029,12251 Tillinghast Cir_028,12251
Tillinghast Cir_027,12251 Tillinghast Cir_013a,12251 Tillinghast
Cir_044,12251 Tillinghast Cir_033,12251 Tillinghast Cir_043,12251
Tillinghast Cir_042,12251 Tillinghast Cir_033a,12251 Tillinghast
Cir_025,12251 Tillinghast Cir_026,12251 Tillinghast Cir_024,12251
Tillinghast Cir_023,12251 Tillinghast Cir_020,12251 Tillinghast
Cir_018,12251 Tillinghast Cir_019,12251 Tillinghast Cir_017,12251
Tillinghast Cir_015,12251 Tillinghast Cir_014,12251 Tillinghast
Cir_013,12251 Tillinghast Cir_012,12251 Tillinghast Cir_016,12251
Tillinghast Cir_022,12251 Tillinghast Cir_021,12251 Tillinghast
Cir_011,12251 Tillinghast Cir_010,12251 Tillinghast Cir_009,12251
Tillinghast Cir_008,12251 Tillinghast Cir_003,12251 Tillinghast
Cir_001,12251 Tillinghast Cir_002,12251 Tillinghast Cir_007,12251
Tillinghast Cir_006,12251 Tillinghast Cir_005,12251 Tillinghast
Cir_004,12251 Tillinghast Circle 2020,

**Published:**   July 2020

- **Individual Photographs:**   Dolcevita Singer Island beach chairs 2020 AAP,Singer Island aerial south end
a 2020 AAP,Singer Island aerial south end night 2020 AAP,Singer Island
aerial north end b 2020 AAP,Singer Island aerial north end night 2020
AAP,Dolcevita Singer Island aerial front a 2020 AAP,Dolcevita Singer Island
aerial front b 2020 AAP,5000 North Ocean aerial pool AAP 2020,5000 North
Ocean aerial k AAP 2020,5000 North Ocean aerial i AAP 2020,5000 North
Ocean aerial j AAP 2020,5000 North Ocean aerial h AAP 2020,5000 North
Ocean aerial d AAP 2020,5000 North Ocean Beach Access AAP 2020,5000
North Ocean Security Gate a AAP 2020,5000 North Ocean Security Gate b
AAP 2020,5000 North Ocean Entrance c AAP 2020,5000 North Ocean
Entrance d AAP 2020,5000 North Ocean Entrance a AAP   2020,5000 North
Ocean Entrance a AAP 2020,5000 North Ocean Entrance b AAP  2020,5000
North Ocean Entrance b AAP 2020,5000 North Ocean Fountain day AAP
2020,5000 North Ocean Fountain night day AAP 2020,5000 North Ocean Pool
side d AAP 2020,5000 North Ocean Pool side c AAP 2020,5000 North Ocean
Pool Loggia a AAP 2020,5000 North Ocean Pool Loggia b AAP 2020,5000



|  | North Ocean Pool side a AAP 2020,5000 North Ocean Pool side b AAP 2020,5000 North Ocean Pool a AAP 2020,5000 North Ocean Pool b AAP 2020, |
|---|---|
| **Published:** | August 2020 |

- **Individual Photographs:** L'Hermitage Sign AAP 2020,L'Hermitage Pan AAP 2020,Ocean Breeze Pool AAP 2020,Juno Beach Pier AAP 2020,Ocean Breeze Sign AAP 2020,5000 North Ocean Lobby AAP 2020,5000 North Ocean Lobby AAP  2020,5000 North Ocean Lobby AAP  2020,5000 North Ocean  Fitness Center a AAP 2020,5000 North Ocean  Fitness Center AAP 2020,5000 North Ocean Resident Club Room f AAP 2020,5000 North Ocean  Resident Club Room c AAP 2020,5000 North Ocean  Resident Club Room e AAP 2020,5000 North Ocean  Resident Club Room d AAP 2020,5000 North Ocean  Resident Club Room b AAP 2020,5000 North Ocean  Resident Club Room a AAP 2020,5000 North Ocean  Resident Club Room g AAP 2020,5050 N Ocean Dr AAP 2020,Magnolia Key a AAP 2020,Magnolia Key b AAP 2020,Magnolia Key c AAP 2020,Magnolia Key d AAP 2020,Magnolia Key sign 2020 AAP,Magnolia Key car care 2020 AAP,Magnolia Key  aerial g AAP 2020,Magnolia Key  aerial h AAP 2020,Magnolia  Key aerial i AAP 2020,Magnolia  Key aerial j AAP 2020,Magnolia  Key aerial e AAP 2020,Magnolia  Key aerial a AAP 2020,Magnolia  Key aerial b AAP 2020,Magnolia  Key aerial f AAP 2020,Magnolia  Key aerial d AAP 2020,Magnolia  Key aerial c AAP 2020,Magnolia  Key Beach Access AAP 2020 copy,Magolia Key Lobby AAP 2020,Magolia Key Fitness AAP 2020,

|  |  |
|---|---|
| **Published:** | August 2020 |

- **Individual Photographs:** Mizner Country Club AAP 2020,Mizner Country Club Aerial AAP 2020,11752 Elina Ct r,12236 Tillinghast _056,12236 Tillinghast _106,12236 Tillinghast _122,12236 Tillinghast _121,12236 Tillinghast _120,12236 Tillinghast _119,12236 Tillinghast _023,12236 Tillinghast _020,12236 Tillinghast _017,12236 Tillinghast _014,12236 Tillinghast _022,12236 Tillinghast _118,12236 Tillinghast _107a,12236 Tillinghast _126,12236 Tillinghast _125,12236 Tillinghast _127,12236 Tillinghast _013,12236 Tillinghast _012,12236 Tillinghast _010,12236 Tillinghast _009,12236 Tillinghast _137,12236 Tillinghast _136,12236 Tillinghast _135,12236 Tillinghast _111b,12236 Tillinghast _138,12236 Tillinghast _111a,12236 Tillinghast _134,12236 Tillinghast _014b,12236 Tillinghast _014c,12236 Tillinghast _133,

|  |  |
|---|---|
| **Published:** | September 2020 |

- **Individual Photographs:** 12236 Tillinghast _132,12236 Tillinghast _131,12236 Tillinghast _129,12236 Tillinghast _095,12236 Tillinghast _094,12236 Tillinghast _093,12236 Tillinghast _111,12236 Tillinghast _105,12236 Tillinghast _104,12236 Tillinghast _103,12236 Tillinghast _102,12236 Tillinghast _101,12236 Tillinghast _099,12236 Tillinghast _100,12236 Tillinghast _098,12236 Tillinghast _097,12236 Tillinghast _096,12236 Tillinghast _092,12236 Tillinghast _030,12236 Tillinghast _026b,12236 Tillinghast _026a,12236 Tillinghast _091,12236 Tillinghast _090,12236 Tillinghast _089,12236 Tillinghast _088,12236 Tillinghast _087,12236 Tillinghast _086,12236 Tillinghast _085,12236 Tillinghast _084,12236 Tillinghast _083,12236 Tillinghast _081,12236 Tillinghast _082,12236 Tillinghast _115,

|  |  |
|---|---|
| **Published:** | September 2020 |

- **Individual Photographs:** 12236 Tillinghast _116,12236 Tillinghast _107,12236 Tillinghast _110,12236 Tillinghast _114,12236 Tillinghast _109,12236 Tillinghast _108,12236 Tillinghast _113,12236 Tillinghast _112,12236 Tillinghast _117,12236 Tillinghast _019,12236 Tillinghast _018,12236 Tillinghast _016,12236

Tillinghast _015,12236 Tillinghast _014a,12236 Tillinghast _021,12236
Tillinghast _011,12236 Tillinghast _003,12236 Tillinghast _001,12236
Tillinghast _002,12236 Tillinghast _124,12236 Tillinghast _123,12236
Tillinghast _128,12236 Tillinghast _007,12236 Tillinghast _008,12236
Tillinghast _006,12236 Tillinghast _005,12236 Tillinghast _073,12236
Tillinghast _075,12236 Tillinghast _074,12236 Tillinghast _072,12236
Tillinghast _070,12236 Tillinghast _071,12236 Tillinghast _069,12236
Tillinghast _068,12236 Tillinghast _067,12236 Tillinghast _077,12236
Tillinghast _078,12236 Tillinghast _079,12236 Tillinghast _076,12236
Tillinghast _061,12236 Tillinghast _065,12236 Tillinghast _066,12236
Tillinghast _064,12236 Tillinghast _063,12236 Tillinghast _062,12236
Tillinghast _044,12236 Tillinghast _060,12236 Tillinghast _059,12236
Tillinghast _057,12236 Tillinghast _058,12236 Tillinghast _055,12236
Tillinghast _054,12236 Tillinghast _051,12236 Tillinghast _050,12236
Tillinghast _049,12236 Tillinghast _048,12236 Tillinghast _052,12236
Tillinghast _047,12236 Tillinghast _080,12236 Tillinghast _046,12236
Tillinghast _042,12236 Tillinghast _035,12236 Tillinghast _036,12236
Tillinghast _034,12236 Tillinghast _040,12236 Tillinghast _039,12236
Tillinghast _045,12236 Tillinghast _038,12236 Tillinghast _037,12236
Tillinghast _043,12236 Tillinghast _026,12236 Tillinghast _029,12236
Tillinghast _033,12236 Tillinghast _032,12236 Tillinghast _031,12236
Tillinghast _041,12236 Tillinghast _028,12236 Tillinghast _027,12236
Tillinghast _025,12236 Tillinghast _024,

**Published:** September 2020

- **Individual Photographs:** Hammock Creek Golf a Club AAP 2020,Hammock Creek Golf Club AAP 2020,Estates of Hammock Creek Tennis AAP 2020,Estates of Hammock Creek Pool Aerial AAP 2020,Estates of Hammock Creek  Entrance AAP 2020,Estates of Hammock Creek  AAP 2020,Estates of Hammock Creek Playground AAP 2020,Estates of Hammock Creek Pool AAP 2020,Mizner Country Club Tennis Aerial AAP 2020,Mizner Country Club Tennis AAP 2020

**Published:** September 2020

## Completion/Publication

**Year of Completion:** 2020
**Earliest Publication Date in Group:** April 22, 2020
**Latest Publication Date in Group:** September 18, 2020
**Nation of First Publication:** United States

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
**Author Created:** photographs
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1938 Grey Falcon Cir. SW, Vero Beach, FL, 32962



## Certification

| | |
|---|---|
| **Name:** | Robert Stevens |
| **Date:** | September 29, 2020 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

| | |
|---|---|
| **URL** | https://vestahome.com/projects/2020/8/28/palm-beach-transitional-tillinghast |
| **Date captured** | December  8th 2020, 2:20:59PM |
| **Last updated** | December  8th 2020, 2:20:59PM |
| **Hash** | d7406e1210d7588d33863107c4a07971909baf77a31c610118296c715306e6f0 |

VΞSTA   INTERIOR DESIGN   TURNKEY STAY   STAGING   MULTIFAMILY   OUR HOMES   SHOP   CONTACT    

## Palm Beach Gardens | Tillinghast

13,523 SqFt | Transitional



Vesta Furniture Featured in this Project



Alta Lounge Chair



Firenze Lounge Chair



Nora Dining Chair







































◻ Interior Design, South Florida, Palm Beach, Staging: Residential, Celebrity
◻ Transitional

 0 Likes    Share

◻ Costal Connecticut | Colonial Rd                                    Atherton Transitional | Tuscaloosa ... ◻

**f** **5**

COMPANY

ABOUT US

TESTIMONIALS

VESTA FINANCING

PROFESSIONAL PROGRAM

BLOG

PRESS

CAREERS

CONTACT

SERVICES

INTERIOR DESIGN

TURNKEY STAY

STAGING

MULTIFAMILY

SHOP

OUR HOMES



Los Angeles | San Francisco | South Florida | Tri-State Area

VESTA
4900 E 50th Street Vernon, CA 90058
(323) 348-1551
hello@vestahome.com

© Copyright 2020 Vesta. All Rights Reserved. Sitemap

**URL**            https://vestahome.com/best-of-vesta/2020/9/21/tiger-woods-ex-wife-buys-palm-beach-gardens-home

**Date captured**    December  8th 2020, 2:22:27PM

**Last updated**    December  8th 2020, 2:22:27PM

**Hash**          8fbba9d064d36a638826da9c886aea24983a93c6c7250a39c632ae2461976bc8



INTERIOR DESIGN    TURNKEY STAY    STAGING    MULTIFAMILY    OUR HOMES    SHOP    CONTACT

 

# The Best of Vesta

Insights into what's happening in the world of elevated design.

## Tiger Woods' ex-wife buys Palm Beach Gardens home

Swedish model Elin Nordegren, ex-wife of golfer Tiger Woods, found a new home in Palm Beach Gardens. Vesta's design team was proud to have worked on this beautiful project in Palm Beach Gardens. Read more in South Florida Real Estate News or view more of Vesta's Tillinghast Project.





Press

0 Likes   Share

Lessons From Listings Photos: See ...          Derek Schreiber & Gillian ...

 

COMPANY

ABOUT US

TESTIMONIALS

VESTA FINANCING

PROFESSIONAL PROGRAM

BLOG

PRESS

CAREERS

CONTACT

SERVICES

INTERIOR DESIGN

TURNKEY STAY

STAGING

MULTIFAMILY

SHOP

OUR HOMES

Los Angeles | San Francisco | South
Florida | Tri-State Area

VESTA

4900 E 50th Street Vernon, CA 90058

(323) 348-1551

hello@vestahome.com

© Copyright 2020 Vesta. All Rights Reserved. Sitemap

# Vesta Interior Design Projects




**Palm Beach Gardens | Tillinghast**
*Transitional*

**Atherton Transitional | Tuscaloosa Ave**
*Transitional*




Fort Lauderdale | Paramount Residence

Modern Beach

Fort Lauderdale | Tradewinds Ave

Contemporary

## Palm Beach County



Palm Beach Gardens | Tillinghast

Transitional

## All South Florida Projects





vestahome.com/press



Read More →



### Tiger Woods' ex-wife buys Palm Beach Gardens home

Swedish model Elin Nordegren, ex-wife of golfer Tiger Woods, found a new home in Palm Beach Gardens. Vesta's design team was proud to have worked on this beautiful project in Palm Beach Gardens. Read more in South Florida Real Estate News or view more of Vesta's Tillinghast Project.

Read More →



### A New Build in Los Angeles's Bel Air Hits Market for $18.95 Million

A recently completed modern home featuring expansive indoor and outdoor living space in the Bel Air neighborhood of Los Angeles hit the market Monday for $18.95 million.

"Your jaw drops as soon as you enter the property because of its impressive volume, open-floor plan and indoor/outdoor living that all highlight the remarkable vistas," Ms. Jones said.

Read More →



### Travis Scott Buys $23.5 Million Brentwood Mansion

Designed and built on speculation by the father-and-daughter team of De Loren & Associates, the 16,700 sq. ft. beast of a mansion packs in 7 bedrooms and 11 bathrooms into three full floors of ultra-contemporary living space.

Read More →



Jonah A. Grossbardt
*Attorney*

Direct: 323.364.6565
jonah.grossbardt@sriplaw.com

December 8, 2020

**VIA EMAIL:**  **hello@vestahome.com**
Showroom Interiors LLC dba Vesta
4900 E 50th Street
Vernon, CA 90058

Re:   **Affordable Aerial Photography, Inc. v. Showroom Interiors LLC dba Vesta**
        **Our File No.:  00022-0103**

Dear Sir or Madam,

We write pursuant to California law to demand a response with insurance information
for each known policy of liability insurance you may have that may provide coverage
for all or a portion of our client's claims in this matter.  Please give this letter to your
insurance carriers and ask them to respond to us directly.

California law states "A party may obtain discovery of the existence and contents of any
agreement under which any insurance carrier may be liable to satisfy in whole or in part
a judgment that may be entered in the action or to indemnify or reimburse for payments
made to satisfy the judgment.  This discovery may include the identity of the carrier and
the nature and limits of the coverage..." Code Civ. Proc. § 2017.210.  A liability carrier
must promptly release policy limits information in response to such a request.  *See
Boicourt v. Amex Assurance Co.* 78 Cal.App.4th 1390, 1397 (2000).

Upon receipt, please provide us with the following information:

(a)  The name of the insurer;

(b)  The name of each insured;

(c)  The limits of the liability coverage;

(d)  A statement of any policy or coverage defense which such insurer reasonably
      believes is available to such insurers at the time of filing such statement; and

(e)  A copy of the policy.

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   **www.sriplaw.com**   |   info@sriplaw.com

Showroom Interiors LLC dba Vesta
December 8, 2020
Page 2


Thank you in advance for your anticipated cooperation.


Sincerely,

**SRIPLAW**

Jonah A. Grossbardt

JAG/tsu

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com