UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81777-CIV-CANNON

**AFFORDABLE AERIAL PHOTOGRAPHY, INC.**,

    Plaintiff,

v.

**SHOWROOM INTERIORS LLC,** *et al*.

    Defendants.

_____/

## ORDER REQUIRING COMBINED RESPONSES

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. To better manage the orderly progress of the case, it is hereby **ORDERED** that no Defendant shall file a response or answer until all Defendants in this action have been served. After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond.

**DONE AND ORDERED** at Fort Pierce, Florida, this 22nd day of September 2021.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record