IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NUMBER: 9:21-cv-81777

AFFORDABLE AERIAL PHOTOGRAPHY, INC.

    Plaintiff,

v.

SHOWROOM INTERIORS, LLC, d/b/a VESTA,
et al.

    Defendants.
_____/

## TILLINGHAST HOLDINGS, LLC'S AND LARRY ROSS' COMBINED ANSWER AND AFFIRMATIVE DEFENSES

Defendants, Tillinghast Holdings, LLC ("Tillinghast") and Larry Ross ("Ross"), pursuant to Fed.R.Civ.P. 12(b), hereby file their combined answer to the complaint filed by Affordable Aerial Photography, Inc. ("AAP"), as follows:

### SUMMARY OF THE ACTION

1.    Regarding paragraph 1, admitted that AAP purports to bring an action for violation of 17 U.S.C. 106. Otherwise, denied.

2.    Regarding paragraph 2, admitted that Robert Stevens is the owner of AAP, which sells real estate photographs. Otherwise, denied for lack of knowledge.

3.    Regarding paragraph 3, admitted.

4.    Regarding paragraph 4, admitted that Leibowitz Realty Group, Inc. is a real estate firm. Otherwise, denied for lack of knowledge.

5.    Regarding paragraph 5, admitted that Tillinghast owned and sold the property in the real estate transaction described in the complaint. Otherwise, denied.

6.    Regarding paragraph 6, admitted.

Case 9:21-cv-81777-AMC   Document 14   Entered on FLSD Docket 11/09/2021   Page 2 of 12

*Affordable Aerial Photography, Inc. v. Showroom Interiors, LLC, d/b/a Vesta, et al.*
Case Number:  9:21-cv-81777
Combined Tillinghast and Ross Answer
Page 2 of 12

7. Regarding paragraph 7, admitted.

8. Regarding paragraph 8, admitted.

9. Regarding paragraph 9, admitted.

10. Regarding paragraph 10, admitted.

11. Regarding paragraph 11, admitted.

12. Regarding paragraph 12, denied for lack of knowledge.

13. Regarding paragraph 13, admitted.

14. Regarding paragraph 14, no response is required.

15. Regarding paragraph 15, denied.

## JURISDICTION AND VENUE

16. Regarding paragraph 16, admitted that this action purports to arise under 17 U.S.C. § 501.  Otherwise, denied.

17. Regarding paragraph 17, admitted.

18. Regarding paragraph 18, admitted as to Tillinghast and Ross.  Otherwise, denied for lack of knowledge.

19. Regarding paragraph 19, admitted that venue is proper as to Tillinghast and Ross. Otherwise, denied.

## DEFENDANTS

20. Regarding paragraph 20, denied for lack of knowledge.

21. Regarding paragraph 21, denied for lack of knowledge.

22. Regarding paragraph 22, admitted.

23. Regarding paragraph 23, denied for lack of knowledge.

Case 9:21-cv-81777-AMC   Document 14   Entered on FLSD Docket 11/09/2021   Page 3 of 12

*Affordable Aerial Photography, Inc. v. Showroom Interiors, LLC, d/b/a Vesta, et al.*
Case Number: 9:21-cv-81777
Combined Tillinghast and Ross Answer
Page 3 of 12

24. Regarding paragraph 24, admitted.

25. Regarding paragraph 25, denied for lack of knowledge.

26. Regarding paragraph 26, denied for lack of knowledge.

27. Regarding paragraph 27, denied for lack of knowledge.

28. Regarding paragraph 28, denied for lack of knowledge.

29. Regarding paragraph 29, denied for lack of knowledge.

30. Regarding paragraph 30, denied for lack of knowledge.

## THE COPYRIGHTED WORKS AT ISSUE

31. Regarding paragraph 31, denied for lack of knowledge.

32. Regarding paragraph 32, denied for lack of knowledge.

33. Regarding paragraph 33, denied for lack of knowledge.

34. Regarding paragraph 34, denied for lack of knowledge.

## INFRINGEMENT BY DEFENDANTS

35. Regarding paragraph 35, admitted.

36. Regarding paragraph 36, denied for lack of knowledge.

37. Regarding paragraph 37, denied.

38. Regarding paragraph 38, denied.

39. Regarding paragraph 39, denied.

40. Regarding paragraph 40, denied.

41. Regarding paragraph 41, denied.

42. Regarding paragraph 42, denied.

43. Regarding paragraph 43, denied.

Case 9:21-cv-81777-AMC   Document 14   Entered on FLSD Docket 11/09/2021   Page 4 of 12

*Affordable Aerial Photography, Inc. v. Showroom Interiors, LLC, d/b/a Vesta, et al.*
Case Number: 9:21-cv-81777
Combined Tillinghast and Ross Answer
Page 4 of 12

44. Regarding paragraph 44, denied.

45. Regarding paragraph 45, denied.

46. Regarding paragraph 46, denied.

47. Regarding paragraph 47, denied.

## COUNT I
## COPYRIGHT INFRINGEMENT (AGAINST LRG)

48. Regarding paragraph 48, Tillinghast and Ross reincorporate their response to paragraphs 1 through 47 as if fully alleged in response to this count.

49. Regarding paragraph 49, no response is required.

50. Regarding paragraph 50, no response is required.

51. Regarding paragraph 51, no response is required.

52. Regarding paragraph 52, no response is required.

53. Regarding paragraph 53, no response is required.

54. Regarding paragraph 54, no response is required.

55. Regarding paragraph 55, no response is required.

## COUNT II
## COPYRIGHT INFRINGEMENT (AGAINST LEIBOWITZ)

56. Regarding paragraph 56, Tillinghast and Ross reincorporate their response to paragraphs 1 through 47 as if fully alleged in response to this count.

57. Regarding paragraph 57, no response is required.

58. Regarding paragraph 58, no response is required.

59. Regarding paragraph 59, no response is required.

60. Regarding paragraph 60, no response is required.

Case 9:21-cv-81777-AMC   Document 14   Entered on FLSD Docket 11/09/2021   Page 5 of 12

*Affordable Aerial Photography, Inc. v. Showroom Interiors, LLC, d/b/a Vesta, et al.*
Case Number:  9:21-cv-81777
Combined Tillinghast and Ross Answer
Page 5 of 12

61. Regarding paragraph 61, no response is required.

62. Regarding paragraph 62, no response is required.

63. Regarding paragraph 63, no response is required.

## COUNT III
## COPYRIGHT INFRINGEMENT (AGAINST ROSS)

64. Regarding paragraph 64, Tillinghast and Ross reincorporate their response to paragraphs 1 through 47 as if fully alleged in response to this count.

65. Regarding paragraph 65, denied.

66. Regarding paragraph 66, denied.

67. Regarding paragraph 67, denied.

68. Regarding paragraph 68, denied.

69. Regarding paragraph 69, denied.

70. Regarding paragraph 70, denied.

71. Regarding paragraph 71, denied.

## COUNT IV
## VICARIOUS COPYRIGHT INFRINGEMENT (AGAINST TILLINGHAST)

72. Regarding paragraph 72, Tillinghast and Ross reincorporate their response to paragraphs 1 through 47 as if fully alleged in response to this count.

73. Regarding paragraph 73, denied.

74. Regarding paragraph 74, denied.

75. Regarding paragraph 75, denied.

76. Regarding paragraph 76, denied.

77. Regarding paragraph 77, denied.

Case 9:21-cv-81777-AMC   Document 14   Entered on FLSD Docket 11/09/2021   Page 6 of 12

*Affordable Aerial Photography, Inc. v. Showroom Interiors, LLC, d/b/a Vesta, et al.*
Case Number: 9:21-cv-81777
Combined Tillinghast and Ross Answer
Page 6 of 12

78. Regarding paragraph 78, denied.

79. Regarding paragraph 79, denied.

80. Regarding paragraph 80, denied.

## COUNT V
## VICARIOUS COPYRIGHT INFRINGEMENT (AGAINST VESTA)

81. Regarding paragraph 81, Tillinghast and Ross reincorporate their response to paragraphs 1 through 47 as if fully alleged in response to this count.

82. Regarding paragraph 82, no response is required.

83. Regarding paragraph 83, no response is required.

84. Regarding paragraph 84, no response is required.

85. Regarding paragraph 85, no response is required.

86. Regarding paragraph 86, no response is required.

87. Regarding paragraph 87, no response is required.

88. Regarding paragraph 88, no response is required.

## COUNT VI
## COPYRIGHT INFRINGEMENT (AGAINST CAROUSEL)

89. Regarding paragraph 89, Tillinghast and Ross reincorporate their response to paragraphs 1 through 47 as if fully alleged in response to this count.

90. Regarding paragraph 90, no response is required.

91. Regarding paragraph 91, no response is required.

92. Regarding paragraph 92, no response is required.

93. Regarding paragraph 93, no response is required.

94. Regarding paragraph 94, no response is required.

Case 9:21-cv-81777-AMC   Document 14   Entered on FLSD Docket 11/09/2021   Page 7 of 12

*Affordable Aerial Photography, Inc. v. Showroom Interiors, LLC, d/b/a Vesta, et al.*
Case Number: 9:21-cv-81777
Combined Tillinghast and Ross Answer
Page 7 of 12

95. Regarding paragraph 95, no response is required.

96. Regarding paragraph 96, no response is required.

## COUNT VII
## COPYRIGHT INFRINGEMENT (AGAINST CORE)

97. Regarding paragraph 97, Tillinghast and Ross reincorporate their response to paragraphs 1 through 47 as if fully alleged in response to this count.

98. Regarding paragraph 98, no response is required.

99. Regarding paragraph 99, no response is required.

100. Regarding paragraph 100, no response is required.

101. Regarding paragraph 101, no response is required.

102. Regarding paragraph 102, no response is required.

103. Regarding paragraph 103, no response is required.

104. Regarding paragraph 104, no response is required.

## COUNT VIII
## COPYRIGHT INFRINGEMENT (AGAINST DOWNSVIEW)

105. Regarding paragraph 105, Tillinghast and Ross reincorporate their response to paragraphs 1 through 47 as if fully alleged in response to this count.

106. Regarding paragraph 106, no response is required.

107. Regarding paragraph 107, no response is required.

108. Regarding paragraph 108, no response is required.

109. Regarding paragraph 109, no response is required.

110. Regarding paragraph 110, no response is required.

111. Regarding paragraph 111, no response is required.

Case 9:21-cv-81777-AMC   Document 14   Entered on FLSD Docket 11/09/2021   Page 8 of 12

*Affordable Aerial Photography, Inc. v. Showroom Interiors, LLC, d/b/a Vesta, et al.*
Case Number: 9:21-cv-81777
Combined Tillinghast and Ross Answer
Page 8 of 12

112. Regarding paragraph 112, no response is required.

## COUNT IX
## COPYRIGHT INFRINGEMENT (AGAINST FAB)

113. Regarding paragraph 113, Tillinghast and Ross reincorporate their response to paragraphs 1 through 47 as if fully alleged in response to this count.

114. Regarding paragraph 114, no response is required.

115. Regarding paragraph 115, no response is required.

116. Regarding paragraph 116, no response is required.

117. Regarding paragraph 117, no response is required.

118. Regarding paragraph 118, no response is required.

119. Regarding paragraph 119, no response is required.

120. Regarding paragraph 120, no response is required.

## COUNT X
## COPYRIGHT INFRINGEMENT (AGAINST NYP)

121. Regarding paragraph 121, Tillinghast and Ross reincorporate their response to paragraphs 1 through 47 as if fully alleged in response to this count.

122. Regarding paragraph 122, no response is required.

123. Regarding paragraph 123, no response is required.

124. Regarding paragraph 124, no response is required.

125. Regarding paragraph 125, no response is required.

126. Regarding paragraph 126, no response is required.

127. Regarding paragraph 127, no response is required.

128. Regarding paragraph 128, no response is required.

Case 9:21-cv-81777-AMC  Document 14  Entered on FLSD Docket 11/09/2021  Page 9 of 12

*Affordable Aerial Photography, Inc. v. Showroom Interiors, LLC, d/b/a Vesta, et al.*
Case Number: 9:21-cv-81777
Combined Tillinghast and Ross Answer
Page 9 of 12

## COUNT XI
## COPYRIGHT INFRINGEMENT (AGAINST JDLA)

129. Regarding paragraph 129, Tillinghast and Ross reincorporate their response to paragraphs 1 through 47 as if fully alleged in response to this count.

130. Regarding paragraph 130, no response is required.

131. Regarding paragraph 131, no response is required.

132. Regarding paragraph 132, no response is required.

133. Regarding paragraph 133, no response is required.

134. Regarding paragraph 134, no response is required.

135. Regarding paragraph 135, no response is required.

136. Regarding paragraph 136, no response is required.

## COUNT XII
## INDUCEMENT OF COPYRIGHT INFRINGEMENT (AGAINST LRG, LEIBOWITZ, ROSS, AND TILLINGHAST)

137. Regarding paragraph 137, Tillinghast and Ross reincorporate their response to paragraphs 1 through 47 as if fully alleged in response to this count.

138. Regarding paragraph 138, denied.

139. Regarding paragraph 139, denied.

140. Regarding paragraph 140, denied.

141. Regarding paragraph 141, denied.

142. Regarding paragraph 142, denied.

143. Regarding paragraph 143, denied.

144. Regarding paragraph 144, denied.

145. Regarding paragraph 145, denied.

Case 9:21-cv-81777-AMC   Document 14   Entered on FLSD Docket 11/09/2021   Page 10 of 12

*Affordable Aerial Photography, Inc. v. Showroom Interiors, LLC, d/b/a Vesta, et al.*
Case Number:  9:21-cv-81777
Combined Tillinghast and Ross Answer
Page 10 of 12

146. Regarding paragraph 146, denied.

147. Regarding the "WHEREFORE" clause, including subparts (a) through (e), Tillinghast and Ross deny that plaintiff is entitled to any relief whatsoever.

148. Any allegation not specifically admitted is hereby denied.

WHEREFORE, having fully answered, Tillinghast and Ross respectfully demand judgment in their favor, attorney's fees and pre-judgment interest, as well as any further relief the Court deems just and appropriate.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

For their First Affirmative Defense, Tillinghast and Ross state that AAP has failed to mitigate its damages by failing to take any steps to put other parties on notice that AAP claimed the pictures were protected.

### Second Affirmative Defense

For their Second Affirmative Defense, Tillinghast and Ross state that AAP has unclean hands because it knew or should have known that the pictures would be accessible to other parties involved with the sale of the property referred to in this case.

### Third Affirmative Defense

For their Third Affirmative Defense, Tillinghast and Ross state any transmittal of the pictures by either Tillinghast or Ross was innocent and without profit motivation.

Case 9:21-cv-81777-AMC   Document 14   Entered on FLSD Docket 11/09/2021   Page 11 of 12

*Affordable Aerial Photography, Inc. v. Showroom Interiors, LLC, d/b/a Vesta, et al.*
Case Number: 9:21-cv-81777
Combined Tillinghast and Ross Answer
Page 11 of 12

### Fourth Affirmative Defense

For their Fourth Affirmative Defense, Tillinghast and Ross state innocent intent and no willfulness because Tillinghast and Ross did not know of any alleged copyright prior to this lawsuit.

### Fifth Affirmative Defense

For their Fifth Affirmative Defense, Tillinghast and Ross state that the pictures were not protected by copyright at any time pertinent to Tillinghast and Ross.

### Sixth Affirmative Defense

For their Sixth Affirmative Defense, Tillinghast and Ross state they had an implied license to use the pictures because the pictures were not protected by copyright at the time of any conveyance from Tillinghast or Ross and because Tillinghast was the owner of the home for which the realtor Liebowitz Realty, LLC hired AAP and Ross and Tillinghast had a community of interest with Liebowitz Realty, LLC.

### Seventh Affirmative Defense

For their Seventh Affirmative Defense, Tillinghast and Ross state that any use was *de minimis*.

### Eighth Affirmative Defense

For their Eighth Affirmative Defense, Tillinghast and Ross state that AAP has waived its copyright protection by allowing the pictures to be readily accessible on the MLS and other public broker sites.

### JURY DEMAND

Tillinghast and Ross respectfully demand trial by jury on all issues so triable.

Case 9:21-cv-81777-AMC   Document 14   Entered on FLSD Docket 11/09/2021   Page 12 of 12

*Affordable Aerial Photography, Inc. v. Showroom Interiors, LLC, d/b/a Vesta, et al.*
Case Number: 9:21-cv-81777
Combined Tillinghast and Ross Answer
Page 12 of 12

Respectfully submitted,

*s/ John R. Whittles*
JOHN R. WHITTLES
Florida Bar Number 0178802
MATHISON WHITTLES, LLP
5606 PGA Blvd., Suite 211
Palm Beach Gardens, Florida 33418
Tel.: (561) 624-2001
Fax: (561) 624-0036
(jwhittles@mathisonwhittles.com)
(ablair@mathisonwhittles.com)
Attorneys for Defendants, Tillinghast and Ross

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of Tillinghast Holdings, LLC's and Larry Ross' Combined Answer and Affirmative Defenses were electronically filed in and served via electronic mail through the CM/ECF Filer upon: Counsel for Plaintiff, Joel B. Rothman, Esquire (joel.rothman@sriplaw.com) (Counsel for Plaintiff), on November 9, 2021.

*s/ John R. Whittles*
JOHN R. WHITTLES